SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant WELLS FARGO
BANK, N.A.

ORIGINAL FILED
APR 29 2013
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

ADR

| | |
|---|---|
| TEMINA ADGER, | Federal Case No.: CV13-01958 HRL |
| Plaintiff, | State Case No.: 113CV244156 |
| vs. | WELLS FARGO BANK, N.A.'S NOTICE OF REMOVAL |
| WELLS FARGO BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

COPY

TO THE CLERK OF THE ABOVE-ENTITLED COURT; THE HONORABLE UNITED STATES DISTRICT JUDGE AS ASSIGNED; PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Wells Fargo Bank, N.A. ("Wells Fargo"), hereby provides this Notice of Removal based on federal question jurisdiction, pursuant to 28 U.S.C. § 1446, and hereby removes to this Court the state court action described below.

07685.1228/2674351.1

WELLS FARGO BANK, N.A.'S NOTICE OF REMOVAL

## I. THE STATE COURT ACTION

On April 4, 2013, plaintiff Temina Adger ("Plaintiff") filed the complaint in Case No. 113CV244156, entitled as captioned above, in the Superior Court of the State of California, County of Santa Clara (the "State Court Action").

In the Complaint Plaintiff asserts three causes of action: (1) violation of Fair Credit Reporting Act; (2) violation of California Consumer Credit Reporting Agencies Act; and (3) violation of California Unfair Business Practices Act.

Plaintiff served Wells Fargo on April 8, 2013.

Attached collectively hereto as **Exhibit A** are a copy of the complaint and all other papers in Wells Fargo's possession either filed by Plaintiff or issued by the Court as of the time of filing this Notice of Removal.

## II. FEDERAL QUESTION JURISDICTION

1. This is a civil action over which this Court has original jurisdiction. 28 U.S.C. § 1331 (governing federal question jurisdiction). The state court action is removable pursuant to 28 U.S.C. § 1441(b) because it arises under the Fair Credit Reporting Act—15 U.S.C. § 1681s-2(b)—a federal statute.

2. In addition, this Court has supplemental jurisdiction over the remaining two claims listed in Plaintiff's complaint, which purport to be grounded in state law. *See* 28 U.S.C. §§ 1367(a) and 1441(c).

## III. TIMELINESS

This Notice is timely, pursuant to 28 U.S.C. § 1446(b), because Wells Fargo was served with the complaint on April 8, 2013.

## IV. OTHER PERTINENT INFORMATION

A. Pursuant to 28 U.S.C. § 1446(a), Wells Fargo files this Notice in the District Court of the United States for the district and division within which the State Court Action is pending. As such, this case is being removed to the United States District Court for the Northern District of California, San Jose Division, because the State Court Action is pending in Santa Clara County. *See* 28 U.S.C. § 1441(a); Civil L.R. 3-2(e).

1  B. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice with its attachments will
2 promptly be served on plaintiff in the State Court Action, and notice thereof will be filed with the
3 clerk of the Santa Clara County Superior Court.
4  WHEREFORE, Wells Fargo hereby removes Santa Clara County Superior Court Case
5 No. 113CV244156 to the United States District Court for the Northern District of California.

7 DATED: April 29, 2013                SEVERSON & WERSON
                                       A Professional Corporation

10                                     By:  ___/s/ Alisa A. Givental___
                                                Alisa A. Givental

12                                     Attorneys for Defendant WELLS FARGO BANK, N.A.