*E-FILED: July 18, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEMINA ADGER,<br><br>       Plaintiff,<br>  v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and FDIC insured corporation; and DOES 1 through 100, inclusive,<br><br>       Defendants.<br>_____/ | No. C13-01958 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff having advised that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before August 30, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **September 10, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than September 3, 2013**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not

file a statement in response to this Order.

SO ORDERED.

Dated: July 18, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-01958-HRL Notice has been electronically mailed to:

2  Alisa Alexandra Givental    aag@severson.com, jc@severson.com, tmp@severson.com

3  Jarrett Stanton Osborne-Revis    Josborne@sagarialaw.com

4  Scott J. Hyman    sjh@severson.com, lnj@severson.com

5  Scott Joseph Sagaria    sjsagaria@sagarialaw.com, mmccrory@sagarialaw.com