SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

SCOTT J. HYMAN (SBN 148709)
sjh@severson.com
ALISA A. GIVENTAL (SBN 273551)
aag@severson.com
**SEVERSON & WERSON, P.C.**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone:  (415) 398-3344
Facsimile:   (415) 956-0439

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TEMINA ADGER, | Case No.: 5:13-cv-01958-HRL |
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL |
| v. | |
| WELLS FARGO BANK, NATIONAL ASOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

STIPULATED REQUEST FOR DISMISSAL - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), the parties stipulate that the above captioned case is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   July 25, 2013              /s/ *Jarrett S. Osborne-Revis*
                                                Scott J. Sagaria
                                                Elliot W. Gale
                                                Jarrett S. Osborne-Revis
                                                **Sagaria Law, P.C.**
                                                Attorneys for Plaintiff


Dated: July 25, 2013                /s/ *Alisa A. Givental*_____
                                                Scott J. Hyman
                                                Alisa A. Givental
                                                **Severson & Werson, P.C.**
                                                Attorneys for Defendant


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, this action is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE